1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street
   Suite 10-100
4  Sacramento, CA 95814
   Telephone (916) 554-2763
5

6

7              IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )   CR. S-97-548 FCD
                                 )
11              Plaintiff,       )   GOVERNMENT REQUEST AND
                                 )   PROPOSED ORDER
12         v.                    )
                                 )
13 PLUTARCO MAGANA CUEBAS,       )
                                 )
14              Defendant.       )
   _____ )
15

16      On October 21, 1997, agents arrested Plutarco Magana Cuebas

17 in the course of purchasing narcotics from his co-defendant Tomas

18 Rodriguez Santana.  At the time of his arrest, Cuebas possessed a

19 loaded Remington rifle, Model 7400, Serial Number B8248552.

20      Since the arrest of the defendant and the seizure of the

21 Remington rifle, a firearms trace summary was obtained from the

22 Bureau of Alcohol Tobacco and Firearms (BATF) which indicated that

23 the rifle was purchased from Outdoor Sportsman, Inc. located at

24 4969 West Lane, Stockton, CA.  Outdoor Sportsman Inc. Is no

25 longer in business and did not retain its records.  No owner

26 information could be located for this weapon.

27      Since the seizure of the referenced rifle, the defendant has

28 been convicted and sentenced for the drug trafficking crime.  The

                                 1

1 defendant has never claimed the weapon as his own.

2     In as much as the ownership of the referenced weapon cannot
3 be clearly established, the government requests that the court
4 order the destruction of the Remington rifle, Model 7400, Serial
5 Number B8248552 and all accompanying magazines and ammunition.

6 Dated: _____                Respectfully submitted,

7                                      McGREGOR W. SCOTT
                                       United States Attorney
8

9
                                 By:  _____
10                                    MARY L. GRAD
                                      Assistant U.S. Attorney
11

12     IT IS SO ORDERED.

13

14 DATED: January 27, 2006            /s/Frank C. Damrell, Jr.
                                      HON. FRANK C. DAMRELL
15                                    United States District Judge

2